# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 20, 2013

147493 & (46)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

STACY ANN YOST,
      Plaintiff-Appellant/
      Cross-Appellee,

v

HOWARD RUDOLF FALKER,
      Defendant-Appellee/
      Cross-Appellant.

SC: 147493
COA: 306774
Macomb CC: 2009-004802-NI

_____/

On order of the Court, the application for leave to appeal the June 18, 2013 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 20, 2013



Clerk

h1113